# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 91-CR-30056-WDS |
| ) | |
| JAIME STOCKETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's pro se motion for retroactive application of the amended sentencing guidelines (Doc. 215). The Office of the Federal Public Defender was appointed to represent the defendant (Doc. 216) and, after review of the record, the Assistant Public Defender, Mr. Cronin, seeks leave to withdraw from this case (Doc. 221) because the defendant is not entitled to the relief he seeks. Counsel notes that the defendant is not currently incarcerated on his term of imprisonment for his crack cocaine offense, but rather is currently incarcerated on the revocation of his supervised release. (See, Doc. 214).

Upon review of the record, the Court **GRANTS** the motion to withdraw (Doc. 221). The Court **DENIES** defendant's retroactive application of the amendments to the Sentencing Guidelines (Doc. 215) as the relief he seeks is not available under the amendments because he has completed his term of incarceration on his original sentence.

**IT IS SO ORDERED.**

**DATE  7 March, 2012**       s/ WILLIAM D. STIEHL
                                  DISTRICT JUDGE